# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND GEAN PADILLA,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 83906

**FILED**

JAN 0 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an "order denying motion to correct error of record by clerk" and an "order denying petitioner's motion for hearing on his petition for habeas corpus (post-conviction)." Eighth Judicial District Court, Clark County; Jasmin D. Lilly-Spells, Judge.

Because no statute or court rule permits an appeal from the aforementioned district court orders, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

[1]Given this order, this court takes no action on the pro se motion for appointment of counsel filed on December 29, 2021.

22-00029

cc: Hon. Jasmin D. Lilly-Spells, District Judge
Raymond Gean Padilla
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A